UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| JIMMY ODIR FLAMENCO PORTILLO,<br><br>Petitioner,<br><br>-v-<br><br>MARKWAYNE MULLIN, *Secretary, U.S. Department of Homeland Security*; DAVID VENTURELLA, *Acting Director, U.S. Immigration and Customs Enforcement*; KENNETH GENALO, *Field Director, New York ERO-ICE Field Office*; TODD BLANCHE, *Attorney General, U.S. Department of Justice*; WARDEN, METROPOLITAN DETENTION CENTER,<br><br>Respondents. | : | 26-CV-5636<br>**PRELIMINARY INJUNCTION** |

**NINA R. MORRISON**, United States District Judge:

For the reasons discussed on the record during the Court's hearing today, September 25, 2026 — which are incorporated by reference in the present ruling — the Court finds the Petitioner is likely to succeed on the merits of his claim that his present detention is unlawful under 8 U.S.C. § 1231; that he is at risk of irreparable harm absent preliminary injunctive relief; and that his release from detention is in the public interest.

The Court hereby issues a PRELIMINARY INJUNCTION directing Respondents to release Petitioner from custody and enjoining Respondents from re-detaining him without prior leave of the Court while the terms of this Order remain in effect, and while the Court continues to consider the merits of the underlying

Petition.

Respondents shall release Petitioner from custody no later than 8:00 P.M. on September 25, 2026, and file a letter on the docket no later than 10:00 P.M. confirming his release.

The parties shall further confer and file a joint status letter, addressing the matters discussed at the conclusion of the hearing and proposing a schedule for further briefing, if necessary, on or before October 9, 2026.

**SO ORDERED.**

Dated: September 25, 2026
Brooklyn, New York

*/s/ Nina R. Morrison*
Nina R. Morrison
United States District Judge